In The United States District Court Northern District of Alabama Southern Division

Motion to Stay

2:23-cv-00442-NAD

Plaintiff - Devante Orr

defendant - Temple Beth EL

Come now (Pro se) Devante Orr for motion to stay under duty of justice defendant allegations about employee size is false. I (Pro se) Devante have evidence of false declaration defendant has not offered any admissible evidence of claims. Mr Vreeland misconduct is not right (Temple Beth EL) attorney Mr Vreeland breach of contract does not cover false declaration. United States v. Ashurov, 726 F.3d 395 (3rd Cir. 2013)

It is a crime under 18 U.S.C. §1546, to knowingly make a false statement under oath a document required by laws. It is also a crime "to knowingly present any such document which contains any such false statement." document must also requires proof that the document was made under oath.

(Doc 3)Mr. Vreeland and Glynnis Levitt respond (affirming summary judgment for employer because it did not have 15 or more employees) Defendant is guilty of false declaration employees because I have evidence of more than what their claim is. 28 U.S. Code § 1361 until case shall remand I pro se awarded be granted favor judgment for bias incident and emotional distress for this issue.

Devante Orr
1714 1st Place south
Birmingham, AL
35205
205-545-3154

Devante Orr
05/9/23