In The United States District Court For The Northern District of Alabama Southern Division

FILED
2023 JUN -6  A 11:30
U.S. DISTRICT COURT
N.D. OF ALABAMA

(Pro se)
Devante Orr - Plaintiff

2:23-CV-442-AMM

vs

Temple Beth EL - Defendant

Motion to Reconsider

Dear Honorable Anna M Manasco

Come now Devante Orr for reconsideration this dismissal. I (Pro se) Devante Orr just discovered fabricated evidence from statement to name to employee size from Defendant Temple Beth EL Attorney Mr. Vreeland acknowledge affidavit real false. Mr. Vreeland misconduct is not right at all Defendant Temple Beth EL violated The Civil Right Act of 1964 and VII is covered for them employee size is more than 15+. Again this case shall remand open for a trial date.

Devante Orr
1716 1st Place south
Birmingham, Alabama 35205
205 545 3154

6/6/23

Devante Orr

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION<br>This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | Charge Presented To:<br>EEOC | Agency(ies) Charge No(s):<br>**420-2022-02451** |
|---|---|---|
| | | and EEOC |
| *State or local Agency, if any* | | |

| Name *(indicate Mr., Ms., Mrs.)* | Home Phone | Year of Birth |
|---|---|---|
| Devante C. Orr | 205-249-3262 | |

Street Address

55 17th court south

BIRMINGHAM, AL 35205

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. *(If more than two, list under PARTICULARS below.)*

| Name | No. Employees, Members | Phone No. |
|---|---|---|
| Temple Beth El | 15 - 100 Employees | (205) 933-2740 |

Street Address

2179 HIGHLAND AVE S

BIRMINGHAM, AL 35205

| Name | No. Employees, Members | Phone No. |
|---|---|---|
| | | |

Street Address                City, State and ZIP Code

| DISCRIMINATION BASED ON | DATE(S) DISCRIMINATION TOOK PLACE |
|---|---|
| | Earliest: 05/11/2022    Latest: 05/12/2022 |
| Color, Race | |

THE PARTICULARS ARE *(If additional paper is needed, attach extra sheet(s)):*

I am an African American male. I was hired by the above-named Respondent in September 2019. On or around May 11, 2022 while performing my daily job duties, I was threatened by a coworker, Nico (LNU). Nico touched my shoulder and chest and said that he would go to the president and take my job. He also called me a racial slur, Baby Boy, which means little nigga. The following day I reported Nico to Glynnis Levvit, Chief Operating Officer. I also returned my keys to her and informed her that I would seek action against my equal rights. I believe I have been discriminated against due to my race, in violation of Title VII of the Civil Rights Act of 1964, as amended.

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – *When necessary for State and Local Agency Requirements* |
|---|---|
| I declare under penalty of perjury that the above is true and correct.<br>**Digitally Signed By: Devante C. Orr**<br>10/07/2022<br>*Charging Party Signature* | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT<br><br>SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE *(month, day, year)* |